# Order

Michigan Supreme Court
Lansing, Michigan

September 6, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142144(48)

DWIGHT SMITH,
        Plaintiff-Appellant,

v

ALLEN DOADES, DAVID HIGGINS, and
MATT HIGGINS,
        Defendants-Appellees,
and

FLORENCE HAKALA,
        Defendant.
_____/

SC: 142144
COA: 291026
Washtenaw CC: 07-001177-CZ

On order of the Court, the motion for reconsideration of this Court's April 25, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2011

_____
Clerk

d0829